# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 30, 2022

Lyle W. Cayce
Clerk

No. 22-30024

In the Matter of: Sharon Sylvester,

*Debtor*,

Sharon Sylvester,

*Appellant*,

*versus*

Barbara Rivera-Fulton,

*Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-1083

Before Southwick, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

Sharon Sylvester went bankrupt. At the end of her Chapter 7 proceeding, the bankruptcy court ordered her to pay certain fees to the

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-30024

trustee and a law firm that assisted the trustee. The present appeal involves the bankruptcy court's award of fees to the trustee.

In affirming the award of fees to the trustee, the district court principally relied on its prior opinion awarding fees to the law firm. *In re Sylvester*, No. 20-CV-2469, 2021 WL 807248 (E.D. La. Mar. 2, 2021). The next month, however, we vacated and remanded the award of attorney's fees, concluding that the bankruptcy court applied the wrong legal standard. *See Matter of Sylvester*, 23 F.4th 543 (5th Cir. 2022). Because the questions regarding fees in both matters are intertwined, we VACATE and REMAND for further proceedings consistent our recent decision.